1

2

3

4

5

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11   **ELTON W. ERVIN**,                              **No.  1:13cv0446  AWI GSA**

12          **Plaintiff,**

13      **v.**                                        **ORDER VACATING HEARING DATE OF**
                                                      **JULY1, 2013 AND TAKING MATTER**
14   **MERCED POLICE DEPT.;  MERCED**                 **UNDER SUBMISSION**
     **POLICE OFFICERS E. CHAVEZ,**
15   **APONTE, SAKYER, and PADGETT,**
     **and DOES 1 to 4,,**
16
            **Defendants.**
17

18
          In this action for damages, defendants Merced Police Department, et al.
19
     ("Defendants") have noticed a motion to dismiss claims from the First Amended
20
     Complaint of plaintiff Elton W. Ervin ("Plaintiff").  The matter was scheduled for oral
21
     argument to be held July 1, 2013  The Court has reviewed defendants' motion.
22
     Opposition, which  was due not later than June 21, 2013, was not filed as of that date
23
     and consequently the motion may not be opposed at oral argument.  Local Rule 78-
24
     230(b).  The court has determined that the motion is suitable for decision without oral
25
     argument.  Local Rule 78-230(h).
26

27
          Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July
28

                                              1

1  1, 2013, is VACATED, and no party shall appear at that time.  As of July 1, 2013, the

2  Court will take the matter under submission, and will thereafter issue its decision.

3

4

5  IT IS SO ORDERED.

6  Dated:   June 26, 2013            _____

                                    SENIOR  DISTRICT  JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28