1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

ELTON W. ERVIN,

12

Plaintiff,

13

v.

14

MERCED POLICE DEPT., ET AL.,

15

Defendants.

16

**NEW CASE NO. 1:13-cv-00446-GSA**

ORDER ASSIGNING CASE RE PRESIDING
JUDGE

Old Case No. 1:13-cv-00446-AWI-GSA

17

    IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of

18

Judge GARY S. AUSTIN as Presiding Judge.  Plaintiff filed his consent on February 5, 2014, and

19

Defendants filed their consent on February 6, 2014, under Title 28, U.S.C. Sec. 636(c)(1) to have

20

a United States Magistrate Judge conduct all further proceedings in this case, including trial and

21

entry of final judgment.

22

    All future pleadings shall be numbered as follows:

23

**1:13-cv-00446-GSA**

24

25

IT IS SO ORDERED.

26

Dated:  February 6, 2014

_____

SENIOR  DISTRICT  JUDGE

27

28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28