**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELTON W. ERVIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCED POLICE DEPARTMENT *et al*.,<br><br>　　　　　Defendants. | **1:13-cv-00446 GSA**<br><br>**ORDER DIRECTING THE CLERK TO SEND A COPY OF THE COMPLAINT TO PLAINTIFF**<br><br>**(Doc. 52)** |

　　　　Plaintiff Elton Ervin filed a motion requesting a copy of the complaint he filed in the Merced County Superior Court to initiate this action, which was subsequently removed to this Court by Defendants. Doc. 52. The Court grants Plaintiff's request in this instance, however Plaintiff is advised that the Clerk ordinarily does not provide free copies of case documents to parties. As noted in the First Informational Order issued on March 27, 2013, "[t]he court cannot provide copy or mailing service for a party," free of charge. (Doc. 3-2 at 2). Upon written request and prepayment of fees, copies of documents in the court file may be obtained from the Clerk at the cost of $ 0.50 per page. *See* 28 U.S.C. § 1914(c).

1

1  In this instance, in light of Plaintiff's explanation that his legal documents were misplaced by prison authorities when he was moved from one prison facility to another, the Court will make a one-time exception and direct the Clerk to provide a free copy of the complaint to Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a copy of his complaint is GRANTED; and

2. The Clerk is DIRECTED to send Plaintiff a copy of the complaint and/or all the documents included in Defendants' Notice of Removal filed on March 26, 2013.  (Doc. 1).

IT IS SO ORDERED.

Dated:   **December 18, 2014**                        **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE