UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON W. ERVIN,<br><br>            Plaintiff,<br><br>    v.<br><br>MERCED POLICE DEPARTMENT, *et al.*,<br><br>            Defendants. | **1:13-cv-00446  GSA**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT AS MOOT BECAUSE THE COMPLAINT ALREADY INCORPORATES THE PROPOSED AMENDMENT**<br><br>**(Doc. 55)** |

Plaintiff Elton Ervin ("Plaintiff") is proceeding pro se in this civil action, in which he alleges violations of his civil rights pursuant to 42 U.S.C. § 1983. On January 5, 2015, Plaintiff filed a Motion to Amend Complaint. Doc. 55. Plaintiff's motion, which is one paragraph long, seeks to have "the records reflect" that Officers Chavez, Aponte, Salyer, and Padgett "are each being sued in their individual capacity." Doc. 55. Defendants City of Merced and Officers Chavez, Aponte, Salyers, and Padgett (collectively, "Defendants") filed a response to Plaintiff's

1

motion to amend on January 27, 2015.  Doc. 58.  The Defendants affirmatively acknowledge, with reference to Plaintiff's operative First Amended Complaint ("FAC"), that Officers Chavez, Aponte, Salyer, and Padgett "are already sued in their individual capacity."  Doc. 58.  A review of Plaintiff's operative FAC, filed on January 3, 2013 (and removed to federal court on March 26, 2013), further confirms that Officers Chavez, Aponte, Salyer, and Padgett are indeed sued in their individual capacities.  *See* Doc. 1, p. 34, FAC, ¶¶ 8, 9, 10, 11.  Finally, the Court notes that "[t]here is no longer a need to bring official-capacity actions against local government officials, for under *Monell* ... local government units can be sued directly for damages and injunctive or declaratory relief."  *Kentucky v. Graham*, 473 U.S. 159, 167 n. 14 (1985), citing *Monell v. Dep't of Soc. Servs. of City of New York*, 436 U.S. 658 (1978).

For the foregoing reasons, Plaintiff's Motion to Amend Complaint is DENIED as moot.

IT IS SO ORDERED.

    Dated:   **January 30, 2015**               /s/ Gary S. Austin
                                                        UNITED STATES MAGISTRATE JUDGE