# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON W. ERVIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>MERCED POLICE DEPARTMENT *et al*.,<br><br>　　　　　Defendants. | **Case No. 1:13-cv-00446-GSA**<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER**<br><br><br>**(ECF No. 85)** |

The Court has reviewed the Stipulated Protective Order submitted by the parties (a fully executed version of which is available on the Court's CM/ECF docket as ECF No. 85) and adopts it as a stipulated protective order in this case. To the extent motion practice is required, the parties are advised to review Local Rules 141 and 141.1.

IT IS SO ORDERED.

　　Dated:　**June 16, 2015**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1