1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ELTON W. ERVIN,<br><br>Plaintiff,<br><br>    v.<br><br>MERCED POLICE DEPARTMENT, *et al.*,<br><br>                    Defendants. | Case No. 13-cv-446 GSA<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO SEAL DOCUMENTS** |

On July 20, 2015, Plaintiff filed a Motion to Compel that contains documents that this Court subsequently ordered be filed under seal. (See, Doc. 100, pgs 25-41 and Doc. 104). Therefore, the Clerk of the Court is directed to file documents contained in Doc. 100, pgs 25-41 under seal.

Plaintiff is advised that he must make a request to file these documents under seal if he wishes to use them as exhibits in any future filing. The Clerk of the Court shall serve this order on the Plaintiff.

IT IS SO ORDERED.

   Dated:   **August 10, 2015**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE