# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON W. ERVIN, | Case No. 1:13-cv-446-GSA |
| Plaintiff, | |
| v. | ORDER RE: SEALING DOCUMENTS |
| MERCED POLICE DEPARTMENT, *et al.*, | |
| Defendants. | (Doc. 114) |

On August 10, 2015, this Court issued an order advising the parties that certain documents Plaintiff attached to a Motion to Compel (Doc. 100) had been previously placed under seal. (Doc. 100, pgs. 25-21; and Doc.104). The Court advised Plaintiff that if he intended to use these documents as exhibits in future filings, he needed to make a request to file them under seal. (Doc. 113).  Plaintiff interpreted this to mean that he needed to file a Motion to Seal these document now to use them in the future.  This is an error.  The Court has already placed these documents under seal. (Doc. 104 & 113).  Plaintiff only needs to file a Motion to Seal these documents if he attaches them as exhibits to any new motions that he files in the future.  If he fails to do so, they will be filed on the docket for public viewing which violates this Court's previous orders.

Since these documents have already been placed under seal, Plaintiff's Motion to Seal these documents is denied as moot.  (Doc. 114).

IT IS SO ORDERED.

Dated:  **October 5, 2015**                              **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE