# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON W. ERVIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE MERCED POLICE DEPARTMENT, *et al.*,<br><br>　　　　　Defendants. | **13-cv-446 EPG**<br><br>**ORDER GRANTING IFP**<br><br>**(Doc. 139)** |

Plaintiff, Elton Ervin ("Plaintiff"), appearing *pro se*, filed an application to *proceed in forma pauperis* on November 16, 2015. (Docs. 139). Plaintiff has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

　　Dated:　**November 19, 2015**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE