UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON ERVIN,<br><br>         Plaintiff,<br><br>    vs.<br><br>MERCED POLICE DEPARTMENT, *et al.*,<br><br>         Defendants. | 1:13-cv-446-EPG<br><br>ORDER GRANTING APPOINTMENT OF COUNSEL FOR PURPOSES OF SETTLEMENT<br><br>(Docs. 126 and 131) |

  Plaintiff, Elton Ervin ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C § 1983. On October 19 and October 28, 2015, Plaintiff filed motions for the appointment of counsel. (Docs. 126 and 131). For the reasons described on the record during the status conference held on October 28, 2015, the Court finds that the appointment of counsel is warranted. However, also as discussed during that status conference, the Court lacks the ability to pay for or compel any counsel to represent Plaintiff in this civil action.

  Following that status conference, William L. Schmidt, an attorney from the Court's *pro bono* attorney panel, agreed to represent Plaintiff for purposes of the January 19, 2016 settlement conference, with the understanding that he will consider appointment for purposes of trial following that settlement conference if the conference is unsuccessful.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court appoints William L. Schmidt as counsel for Plaintiff in the above-entitled matter. This appointment is for the limited purpose of assisting Plaintiff with preparing for, and participating in, a settlement conference currently scheduled for January 19, 2016 at 10:30 a.m., before the Honorable Gary S. Austin;

2. William Schmidt's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference. Prior to the termination of the appointment, the Court will accord counsel the option of discontinuing his representation of Plaintiff, or at his discretion, proceeding as Plaintiff's appointed counsel for trial. If counsel does not wish to continue representation of Plaintiff after he has carried out his limited purpose, the Court will consider appointing new counsel for Plaintiff, if deemed appropriate at that time;

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment; and

4. The Clerk of the Court is directed to serve a copy of this order upon William L. Schmidt, Attorney at Law, 377 W. Fallbrook, Suite 205, Fresno, California 93711.

IT IS SO ORDERED.

Dated:   **November 23, 2015**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE