William L. Schmidt, SBN 206870
**WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.**
P.O. Box 25001
Fresno, CA  93729
Tel: 559.261.2222
Facsimile:  559.436.8163
Email: legal.schmidt@gmail.com

Attorney for Plaintiff
ELTON ERVIN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ELTON ERVIN,<br><br>                         Plaintiff,<br><br>          v.<br><br>MERCED POLICE DEPT., et al.,<br><br>                         Defendants. | Case No. 1:13-cv-00446 EPG<br><br>**STIPULATED DISMISSAL AND ORDER** |

     Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action through their attorneys of record, stipulate to dismissal of Defendants Merced Police Dept., et al, with prejudice from all claims alleged in the complaints in this action.

Respectfully submitted,

Dated:   March 29, 2016

                                             WILLIAM L. SCHMIDT, ATTORNEY AT

                                             LAW, P.C

                                   By:     /s/ William L. Schmidt
                                             William L. Schmidt
                                             Attorney for Plaintiff

1

2    Dated:   March 29, 2016

3                                                          ALLEN, GLAESSNER, HAZELWOOD &
                                                          WERTH, LLP
4

5                                              By:      /s/ Kevin P. Allen
                                                          Kevin P. Allen
6                                                          Attorneys for Defendants

7

8                                            **Order**

9
        Based on the above stipulation of voluntary dismissal, this case is DISMISSED WITH
10
    PREJUDICE. The Clerk of the Court is DIRECTED to close this case.
11

12   IT IS SO ORDERED.

13

14     Dated:   **March 30, 2016**              /s/ _Erica P. Grosjean_
                                              UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Stipulated Dismissal and Order                    2                    Case No. 1:13-cv-00446